## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Infrastructure Services Luxembourg S.A.R.L.
and Energia Termosolar B.V.,

<div style="margin-left:2em"><em>Petitioners</em>,</div>

v.

Kingdom of Spain,

<div style="margin-left:2em"><em>Respondent</em>.</div>

Civil Action No. _____

### **Certificate Under Rule LCvR 26.1**

I, the undersigned, counsel of record for Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V. which have any outstanding securities in the hands of the public:  Burford Capital Ltd. is publicly traded and has an indirect ownership interest in Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V.  No other parent company, subsidiary, affiliate, or company which owns at least 10% of the stock of Infrastructure Services Luxembourg S.A.R.L. or Energia Termosolar B.V. has any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.


Dated:  July 27, 2018

Respectfully submitted,

/s/ Stuart F. Delery
Stuart F. Delery
D.C. Bar #449890
sdelery@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC  20036
Telephone:  (202) 887-3650
Fax:  (202) 530-9523

*Attorney for Infrastructure Services*
*Luxembourg S.A.R.L. and Energia*
*Termosolar B.V.*