IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V.,<br><br>       *Petitioners*,<br><br> v.<br><br>Kingdom of Spain,<br><br>       *Respondent*. | Civil Action No. 1:18-cv-01753-EGS |

## **Notice of Withdrawal**

Pursuant to LCvR 83.6(b), I, Benjamin Hayes, file this Notice of Withdrawal for the Petitioners Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V. as I no longer work at the law firm Gibson, Dunn & Crutcher LLP.

Petitioners remain represented by Gibson, Dunn & Crutcher LLP in this matter. Therefore, there is good cause to permit my withdrawal.

1

Dated:  January 7, 2020                          Respectfully submitted,

/s/ Benjamin Hayes

Benjamin Hayes, D.C. Bar #1030143
BHayes@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC  20036
Telephone: (202) 346-4000
Facsimile: (202) 346-4444


/s/ Stuart F. Delery (with permission)

Stuart F. Delery, D.C. Bar #449890
sdelery@gibsondunn.com
Matthew McGill, D.C. Bar #481430
mmcgill@gibsondunn.com
Matthew S. Rozen, D.C. Bar #1023209
mrozen@gibsondunn.com
Ankita Ritwik, D.C. Bar #1024801
aritwik@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on January 7, 2020, I caused the foregoing Notice of Withdrawal to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

/s/ Benjamin Hayes
Benjamin Hayes
BHayes@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC  20036
Telephone: (202) 504-4128
Facsimile: (202) 204-7299
