# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INFRASTRUCTURE SERVICES LUXEMBOURG S.A.R.L. and ENERGIA TERMOSOLAR B.V.,<br><br>    Petitioners,<br><br>  v.<br><br>THE KINGDOM OF SPAIN,<br><br>    Respondent. | Civil Action No. 1:18-cv-1753 (EGS) |

## JOINT STATUS REPORT REGARDING ICSID ANNULMENT PROCEEDINGS

Pursuant to the Court's July 15, 2020 Minute Order, Respondent the Kingdom of Spain and Petitioners Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V. hereby provide this joint status report regarding developments occurring since their July 14, 2020 status report (ECF No. 41) in the proceedings before the International Centre for Settlement of Investment Disputes ("ICSID") to annul the award Petitioners seek to confirm.

On September 9, 2020, Petitioners filed a rejoinder on annulment, completing the briefing on Spain's application to annul the ICSID award.

On November 24, November 30, and December 1, 2020, the ICSID *ad hoc* annulment committee held a hearing on annulment.

On February 15, 2021, the parties filed submissions on costs with the ICSID *ad hoc* annulment committee.

The Parties now await a decision on Spain's application for annulment.

| | |
|---|---|
| Dated: March 1, 2021 | Respectfully submitted, |
| /s/ Matthew McGill | /s/ Nicholas M. Renzler |
| Matthew McGill (D.C. Bar #481430)<br>mmcgill@gibsondunn.com<br>Matthew S. Rozen (D.C. Bar #1023209)<br>mrozen@gibsondunn.com<br>Ankita Ritwik (D.C. Bar #1024801)<br>aritwik@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036<br>Telephone:  202.955.8500<br>Facsimile:  202.467.0539<br><br>*Attorneys for Infrastructure Services Luxembourg S.A. R.L. and Energia Termosolar B.V.* | Derek C. Smith (D.C. Bar No. 468674)<br>dcsmith@foleyhoag.com<br>Lawrence H. Martin (D.C. Bar No. 476639)<br>lhm@foleyhoag.com<br>Nicholas M. Renzler (D.C. Bar No. 983359)<br>nrenzler@foleyhoag.com<br>Diana Tsutieva (D.C. Bar No. 1007818)<br>dtsutieva@foleyhoag.com<br>FOLEY HOAG LLP<br>1717 K Street, NW<br>Washington, DC 20006-5350<br>Tel: 202-223-1200<br>Fax: 202-785-6687<br><br>Andrew Z. Schwartz (D.D.C. Bar No. MA0017)<br>aschwartz@foleyhoag.com<br>Andrew B. Loewenstein (D.D.C. Bar No. MA0018)<br>aloewenstein@foleyhoag.com<br>FOLEY HOAG LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Tel: 617-832-1000<br>Fax: 617-832-7000<br><br>*Attorneys for the Kingdom of Spain* |