IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V.,<br><br>*Petitioners*,<br><br>v.<br><br>Kingdom of Spain,<br><br>*Respondent*. | Civil Action No. 1:18-cv-01753-EGS |

## Joint Status Report

Pursuant to the Court's March 1, 2021 Minute Order, Petitioners Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V. and Respondent the Kingdom of Spain (the "Parties") notify the Court of the following developments.

As previously indicated, the Parties completed briefing on Spain's application to annul the ICSID award on September 9, 2020. The Parties continue to await a decision on Spain's application for annulment. There have been no developments since the Parties' last status update.

| | |
|---|---|
| Dated: June 1, 2021 | Respectfully submitted, |

| | |
|---|---|
| */s/Derek C. Smith* | */s/ Matthew McGill* |
| Derek C. Smith (D.C. Bar No. 468674)<br>dcsmith@foleyhoag.com<br>Lawrence H. Martin (D.C. Bar No. 476639)<br>lhm@foleyhoag.com<br>Nicholas M. Renzler (D.C. Bar No. 983359)<br>nrenzler@foleyhoag.com<br>Diana Tsutieva (D.C. Bar No. 1007818)<br>dtsutieva@foleyhoag.com<br>FOLEY HOAG LLP<br>1717 K Street, NW<br>Washington, DC 20006-5350<br>Tel: 202-223-1200<br>Fax: 202-785-6687<br><br>Andrew Z. Schwartz (D.D.C. Bar No. MA0017)<br>aschwartz@foleyhoag.com<br>Andrew B. Loewenstein (D.D.C. Bar No. MA0018)<br>aloewenstein@foleyhoag.com<br>FOLEY HOAG LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Tel: 617-832-1000<br>Fax: 617-832-7000<br><br>*Attorneys for the Kingdom of Spain* | Matthew McGill (D.C. Bar #481430)<br>mmcgill@gibsondunn.com<br>Matthew S. Rozen (D.C. Bar #1023209)<br>mrozen@gibsondunn.com<br>Ankita Ritwik (D.C. Bar #1024801)<br>aritwik@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>*Attorneys for Infrastructure Services Luxembourg S.A. R.L. and Energia Termosolar B.V.* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 1, 2021, I caused a true and correct copy of the foregoing Joint Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system.  Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

                */s/ Matthew McGill*
                Matthew McGill