IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V.,<br><br>*Petitioners*,<br><br>v.<br><br>Kingdom of Spain,<br><br>*Respondent*. | Civil Action No. 1:18-cv-01753-EGS |

**Joint Status Report**

Pursuant to the Court's June 1, 2021, Minute Order, Petitioners Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V. and Respondent the Kingdom of Spain ("Spain") notify the Court of the following developments.

As previously indicated, on May 23, 2019, Spain submitted to the International Centre for Settlement of Investment Disputes ("ICSID") an application for annulment of the arbitral award, issued to Petitioners against Spain, that is the subject of this enforcement action. On August 19, 2019, ICSID appointed a three-member *ad hoc* committee (the "Committee") to decide the application. On August 28, 2019, this Court stayed proceedings in this litigation pending a decision by the Committee on Spain's application for annulment. ECF No. 36.

On Friday, July 30, 2021, the Committee issued its Decision on Spain's Application for Annulment, rejecting in full Spain's Application. Decision ¶ 268(a). A certified copy of the Decision on Annulment is attached hereto as Exhibit 1.

Spain intends to move to continue the stay of this action based upon intervening developments in the Court of Justice of the European Union, the highest judicial authority of the European Union ("EU"), relating to Spain's argument that, as a matter of EU law, it did not validly

consent to arbitrate its dispute with Petitioners under the Energy Charter Treaty and no arbitration agreement was ever concluded.  As a result, Spain argues, the Court lacks jurisdiction under the arbitration exception of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605(a)(6).  In light of existing case commitments and planned vacation of counsel for Spain, Spain plans to file this motion by September 3, 2021.

Petitioners' position is that the basis for the Court's stay has now terminated, and there is no basis for the Court to delay the determination whether there exists jurisdiction under the Foreign Sovereign Immunities Act for this proceeding to confirm Petitioners' arbitral award against Spain.  The court entered a stay nearly two years ago, in August 2019, based on "the pendency of proceedings to annul the award . . . and the provisional stay entered by the ICSID," which was in effect at the time.  ECF No. 36, at 9.  The provisional stay entered by ICSID was terminated on October 21, 2019, ECF 39, at 1, and proceedings to annul the award are now complete.  This Court should accordingly proceed to determine its jurisdiction and grant the petition to enforce Petitioners' arbitral award without the delay attendant to briefing a further motion to continue the stay of these proceedings.

Finally, Petitioners note that the Decision also requires Spain to bear "all the costs of the proceedings," including by paying €2,310,379.38 to the Petitioners to cover the Petitioners' legal fees and expenses.  Decision ¶ 268(b).

Dated: August 4, 2021

Respectfully submitted,

| | |
|---|---|
| */s/Derek C. Smith* | */s/ Matthew McGill* |
| Derek C. Smith (D.C. Bar No. 468674)<br>dcsmith@foleyhoag.com<br>Lawrence H. Martin (D.C. Bar No. 476639)<br>lhm@foleyhoag.com<br>Nicholas M. Renzler (D.C. Bar No. 983359)<br>nrenzler@foleyhoag.com<br>Diana Tsutieva (D.C. Bar No. 1007818)<br>dtsutieva@foleyhoag.com<br>FOLEY HOAG LLP<br>1717 K Street, NW<br>Washington, DC 20006-5350<br>Tel: 202-223-1200<br>Fax: 202-785-6687<br><br>Andrew Z. Schwartz (D.D.C. Bar No. MA0017)<br>aschwartz@foleyhoag.com<br>Andrew B. Loewenstein (D.D.C. Bar No. MA0018)<br>aloewenstein@foleyhoag.com<br>FOLEY HOAG LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Tel: 617-832-1000<br>Fax: 617-832-7000<br><br>*Attorneys for the Kingdom of Spain* | Matthew McGill (D.C. Bar #481430)<br>mmcgill@gibsondunn.com<br>Matthew S. Rozen (D.C. Bar #1023209)<br>mrozen@gibsondunn.com<br>Ankita Ritwik (D.C. Bar #1024801)<br>aritwik@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>*Attorneys for Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2021, I caused a true and correct copy of the foregoing Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system.  Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

*/s/ Matthew McGill*
Matthew McGill