IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V.,<br><br>*Petitioners*,<br><br>v.<br><br>Kingdom of Spain,<br><br>*Respondent*. | **Civil Action No. 1:18-cv-01753-EGS** |

**Joint Status Report**

Pursuant to the Court's April 13, 2022 Minute Order, Petitioners Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V. (collectively, "Petitioners") and Respondent the Kingdom of Spain ("Spain") submit this joint status report regarding the parties' recommendation for further proceedings.

**I.    Pending Motions**

There are currently two motions pending before the Court:

**A.**    <u>Spain's motion to dismiss</u> (ECF No. 18):  The parties' positions are set forth in the parties' principal briefs on the motion (ECF Nos. 18-1, 19, 25), the declarations and exhibits supporting those briefs (ECF Nos. 18-7, 20, 21, 22, 26, 27, 28), and several notices of supplemental authority and responses, only some of which (ECF Nos. 24, 47, 48, 52, 53, 54, 55, 57) remain relevant.  Spain's request in the alternative for a stay, *see* ECF No. 18 at 1, which the Court granted on August 28, 2019, ECF No. 36, is no longer before the Court because the Court lifted the stay in January at both sides' request.  Minute Order (Jan. 28, 2022) (citing ECF Nos. 46 & 47).  Petitioners are no longer pursuing the arguments in Section II.A of their opposition to Spain's motion to

1

dismiss that disputed Spain's characterization of EU law, *see* ECF No. 19 at 23-28, for the reasons stated in prior filings, *see*, *e.g.*, ECF No. 51 at 3.

  **B**. <u>European Commission's motion for leave to file an *amicus* brief</u> (ECF No. 50): Petitioners have opposed this motion, but in the alternative, have asked for the opportunity to respond if the Court grants the Commission's motion. ECF No. 51 at 1, 7.

**II.** **Petitioners' Position**

  The Court should deny the Commission's motion for leave to file an *amicus* brief for the reasons stated in Petitioners' response to that motion, *see* ECF No. 51, and should schedule oral argument for the motion to dismiss.

  In the alternative, should the Court allow the Commission to file an *amicus* brief, the Court should also allow Petitioners to file a response four weeks after the motion for leave is granted in order to provide Petitioners with sufficient time to coordinate with experts. The Court should not permit Spain to file a reply to Petitioners' response, for the reasons stated by Petitioners the first time the Commission filed a motion for leave to file an *amicus* brief. *See* ECF No. 34.

  Either way, the Court should promptly decide whether to grant the Commission's motion, and should schedule oral argument four weeks after that decision is made (if the Commission's motion is denied) or four weeks after any subsequent briefing ordered by the Court is completed (if the Commission's motion is granted). Oral argument would assist this Court in sorting through the numerous filings and issues relevant to Spain's motion to dismiss. This Court should accordingly schedule oral argument promptly and decide Spain's motion to dismiss without delay.

**III.** **Spain's Position**

  The Court should grant the Commission's motion for leave to file an *amicus* brief. It should then permit Petitioners to file a response four weeks after the motion for leave is granted, and

permit Spain to file a reply to that response two weeks later, for substantially the same reasons that Spain previously explained. *See* ECF No. 33.

      The Court should schedule oral argument on Spain's motion to dismiss for approximately four weeks after the additional briefing permitted by the Court is completed, to give the Court adequate time to review the parties and the Commission's arguments and authorities.

| | |
|---|---|
| Dated: April 25, 2022 | Respectfully submitted, |
| /s/ Derek C. Smith_____ | /s/ Matthew McGill_____ |
| Derek C. Smith (D.C. Bar No. 468674) | Matthew McGill (D.C. Bar #481430) |
| dcsmith@foleyhoag.com | mmcgill@gibsondunn.com |
| Lawrence H. Martin (D.C. Bar No. 476639) | Matthew S. Rozen (D.C. Bar #1023209) |
| lhm@foleyhoag.com | mrozen@gibsondunn.com |
| Diana Tsutieva (D.C. Bar No. 1007818) | Ankita Ritwik (D.C. Bar #1024801) |
| dtsutieva@foleyhoag.com | aritwik@gibsondunn.com |
| FOLEY HOAG LLP | Gibson, Dunn & Crutcher LLP |
| 1717 K Street, NW | 1050 Connecticut Avenue, N.W. |
| Washington, DC 20006-5350 | Washington, DC 20036 |
| Tel: 202-223-1200 | Telephone: 202.955.8500 |
| Fax: 202-785-6687 | Facsimile: 202.467.0539 |
| | *Attorneys for Infrastructure Services Luxembourg S.A. R.L. and Energia Termosolar B.V.* |
| Andrew Z. Schwartz (D.D.C. Bar No. MA0017) | |
| aschwartz@foleyhoag.com | |
| Andrew B. Loewenstein (D.D.C. Bar No. MA0018) | |
| aloewenstein@foleyhoag.com | |
| FOLEY HOAG LLP | |
| Seaport West | |
| 155 Seaport Boulevard | |
| Boston, MA 02210-2600 | |
| Tel: 617-832-1000 | |
| Fax: 617-832-7000 | |
| | |
| Nicholas M. Renzler (D.C. Bar No. 983359) | |
| nrenzler@foleyhoag.com | |
| FOLEY HOAG LLP | |
| 1301 Avenue of the Americas | |
| New York, NY 10019 | |
| Tel: 212-812-0400 | |
| Fax: 212-812-0399 | |
| | |
| *Attorneys for the Kingdom of Spain* | |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on April 25, 2022, I caused the foregoing Joint Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

    /s/ Matthew McGill
Matthew McGill
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
mmcgill@gibsondunn.com