IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V.,<br><br>*Petitioners*,<br><br>v.<br><br>Kingdom of Spain,<br><br>*Respondent*. | Civil Action No. 1:18-cv-01753-EGS |

**Petitioners' Response to the Kingdom of Spain's Notice of Supplemental Authority**

Spain's latest notice of supplemental authority—its fourth in little more than a year, *see* ECF Nos. 47, 53, 59, 64—addresses yet "another in a series of recent European court decisions," ECF No. 64, at 1-2, applying EU law and echoing the same tired refrain that EU law vitiates Spain's unequivocal consent to arbitrate under the Energy Charter Treaty ("ECT"). Whereas Petitioners' recent notices of supplemental authority, ECF Nos. 48, 55, have each addressed *U.S.* statutes (the Foreign Sovereign Immunities Act ("FSIA")) and treaties (the ICSID Convention)— the controlling legal authorities in this *U.S.* court proceeding—Spain continues to distract this Court by focusing on *EU* tribunals and *EU* law. Petitioners have explained repeatedly that EU law has no bearing on this Court's straightforward obligation to enforce Petitioners' ICSID Award, both because: (1) the validity of Spain's consent to arbitrate is not a live issue in this case, *see* MTD Opp. 10-22; ECF No. 48, at 4-9; ECF No. 55, at 1-3; ECF No. 60, at 4; ECF No. 61, at 2; and (2) even if it were a live issue, it would be governed by international law, not EU law, *see* MTD Opp. 28-35; ECF No. 60, at 3-4; ECF No. 61, at 7-10. Nothing in Spain's notice of supplemental authority changes that conclusion.

1

Spain's latest authority is a decision from the Court of Cassation of the Grand Duchy of Luxembourg refusing to enforce an arbitral award issued pursuant to a bilateral investment treaty between two EU member states. *See* ECF No. 64, at 2. Like the arbitral tribunal in *Green Power Partners K/S and SCE Solar Don Benito APS v. Kingdom of Spain*, SCC Arbitration V (2016/135) (June 16, 2022), ECF No. 59-1—the subject of Spain's last notice of supplemental authority, ECF No. 59—the Luxembourg court is seated within the EU. It is therefore little surprise—and entirely insignificant—that the court (as in *Green Power*) viewed itself as bound by the determination of the Court of Justice of the European Union ("CJEU") that EU law precludes intra-EU arbitration.

By contrast, every tribunal outside of the EU—and thus every tribunal applying international law in good faith without being bound by the CJEU—has reached the opposite conclusion about the validity of Spain's consent to arbitrate. *See, e.g.*, ECF No. 60, App'x (collecting the unanimous 36 decisions by ICSID tribunals). Because Spain's consent is expressed in the ECT—a multilateral treaty which includes non-EU members among its signatories—the validity of that consent is governed by international law, not EU law. MTD Opp. 28-35; ECF No. 60, at 4; ECF No. 61, at 7-10. And outside of the courts of the EU, the CJEU speaks with no special authority on questions of international law. MTD Opp. 29, 32; ECF No. 61, at 3, 5, 11. Nothing in Spain's supplemental authority suggests otherwise, or even engages with the questions of international law raised by the parties. Even if the validity of Spain's consent to arbitrate were a live issue in this case, therefore, the Luxembourg court's decision would not affect the resolution of that issue.

Petitioners thus continue to respectfully request that this Court proceed to enforce the Award, as the ICSID Convention and its implementing legislation require.

Dated: September 30, 2022

Respectfully submitted,

INFRASTRUCTURE SERVICES LUXEMBOURG S.A.R.L AND ENERGIA TERMOSOLAR B.V.

By its attorneys,

/s/*Matthew McGill*
Matthew McGill (D.C. Bar #481430)
mmcgill@gibsondunn.com
Matthew S. Rozen, D.C. Bar #1023209
mrozen@gibsondunn.com
Ankita Ritwik, D.C. Bar #1024801
aritwik@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Infrastructure Services Luxembourg S.A.R.L. & Energia Termosolar B.V.*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 30, 2022, I caused the foregoing Response to Spain's Notice of Supplemental Authority to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

 /s/ Matthew McGill
Matthew McGill
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
mmcgill@gibsondunn.com