**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INFRASTRUCTURE SERVICES LUXEMBOURG S.A.R.L. and ENERGIA TERMOSOLAR B.V., <br><br> Petitioners, <br><br> v. <br><br> THE KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action <br> No. 1:18-cv-1753-EGS-MAU |

### NOTICE OF WITHDRAWAL OF DEREK C. SMITH

PLEASE TAKE NOTICE that Derek C. Smith of Foley Hoag LLP hereby withdraws as counsel for the Kingdom of Spain in this case, pursuant to LCvR 83.6(b). Attorneys of Williams & Connolly LLP have entered their appearance in this action and will represent the Kingdom of Spain going forward.

CVS: ES_EA0046215_2023_docIDAE20231010B2DC021309
URL: https://tramita.idae.gob.es/cve/ES_EA0046215_2023_docIDAE20231010B2DC021309

Dated: October 10, 2023　　　　　Respectfully submitted,

by: /s/ Derek C. Smith
Derek C. Smith
FOLEY HOAG LLP
1717 K Street, NW
Washington, DC 20006
(202) 261-7330
Email:dsmith@foleyhoag.com

KINGDOM OF SPAIN

_____
**D. Joan Groizard Payeras**
Director General of Instituto para la
Diversificación y Ahorro de la Energía (IDAE)

CVS: ES_EA0046215_2023_docIDAE20231010B2DC021309
URL: https://tramita.idae.gob.es/cve/ES_EA0046215_2023_docIDAE20231010B2DC021309

