**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INFRASTRUCTURE SERVICES LUXEMBOURG S.A.R.L. and ENERGIA TERMOSOLAR B.V., <br><br> Petitioners, <br><br> v. <br><br> THE KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action <br> No. 1:18-cv-1753-EGS-MAU |

**NOTICE OF WITHDRAWAL OF NICHOLAS RENZLER**

PLEASE TAKE NOTICE that Nicholas M. Renzler of Foley Hoag LLP hereby withdraws as counsel for the Kingdom of Spain in this case, pursuant to LCvR 83.6(b). Attorneys of Williams & Connolly LLP have entered their appearance in this action and will represent the Kingdom of Spain going forward.



CVS: ES_EA0046215_2023_docIDAE202310107BEC021312
URL: https://tramita.idae.gob.es/cve/ES_EA0046215_2023_docIDAE202310107BEC021312

1

Dated: October 10, 2023          Respectfully submitted,

                                              by: /s/ Nicholas M. Renzler
                                              Nicholas M. Renzler
                                              FOLEY HOAG LLP
                                              1301 Avenue of the Americas
                                              New York, NY 10019
                                              212-812-0423
                                              Email:nrenzler@foleyhoag.com


                                              KINGDOM OF SPAIN


                                              _____
                                              **D. Joan Groizard Payeras**
                                              Director General of Instituto para la
                                              Diversificación y Ahorro de la Energía (IDAE)

CVS: ES_EA0046215_2023_docIDAE20231010 7BEC021312
URL: https://tramita.idae.gob.es/cve/ES_EA0046215_2023_docIDAE20231010 7BEC021312

