IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V., <br><br> *Petitioners*, <br><br> v. <br><br> Kingdom of Spain, <br><br> *Respondent*. | **Civil Action No. 1:18-cv-01753-LLA** |

## Joint Status Report

Pursuant to the Court's September 13, 2023 Minute Order, Petitioners Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V. and Respondent the Kingdom of Spain submit this joint status report regarding: (1) the three related appeals currently pending in the D.C. Circuit (*Nextera Energy Global Holdings BV v. Kingdom of Spain*, No. 23-7031; *9REN Holding SARL v. Kingdom of Spain*, No. 23-7032; and *Blasket Renewable Investments LLC v. Kingdom of Spain*, No. 23-7038) (collectively, the "Spain Appeals"); and (2) the related proceeding currently pending in the District Court of Luxembourg (the "Luxembourg Action").

1. The Spain Appeals remain pending. The parties' final briefs were submitted on August 10, 2023 and the appeals are currently scheduled for oral argument on February 5, 2024. On January 5, 2024, the D.C. Circuit ordered that the United States Department of Justice be invited to file a brief amicus curiae addressing the views of the United States on the issues on appeal. On January 9, 2024, the Department of Justice filed an unopposed motion requesting to reschedule oral argument for a date between March 7-12, 2024, to allow it time to prepare its response.

2. The Luxembourg Action also remains pending. Infrastructure Services and Energia Termosolar filed submissions on June 28, 2023. Spain filed its submission on November 3, 2023. Infrastructure Services and Energia Termosolar's next submission is due on January 24, 2024.

Dated:  January 11, 2024

/s/ *Jonathan M. Landy*
Jonathan M. Landy (D.C. Bar No. 467847)
Benjamin W. Graham (D.C. Bar No. 1044724)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC  20024
Tel.:   (202) 434-5000
Fax:   (202) 434-5029
Email: jlandy@wc.com

*Attorneys for Respondent the Kingdom of Spain*

Respectfully submitted,

/s/ *Matthew McGill*
Matthew McGill (D.C. Bar No. 481430)
mmcgill@gibsondunn.com
Matthew S. Rozen (D.C. Bar No. 1023209)
mrozen@gibsondunn.com
Ankita Ritwik (D.C. Bar No. 1024801)
aritwik@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Petitioners Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V.*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 11, 2024, I caused the foregoing Joint Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

/s/ *Matthew McGill*
Matthew McGill
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
mmcgill@gibsondunn.com