IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V., <br><br> *Petitioners*, <br><br> v. <br><br> Kingdom of Spain, <br><br> *Respondent*. | **Civil Action No. 1:18-cv-01753-LLA** |

### Joint Status Report

Pursuant to the Court's September 13, 2023 Minute Order, Petitioners Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V. and Respondent the Kingdom of Spain submit this joint status report regarding:  (1) the three related appeals currently pending in the D.C. Circuit (*Nextera Energy Global Holdings BV v. Kingdom of Spain*, No. 23-7031; *9REN Holding SARL v. Kingdom of Spain*, No. 23-7032; and *Blasket Renewable Investments LLC v. Kingdom of Spain*, No. 23-7038) (collectively, the "Spain Appeals"); and (2) the related proceeding in the District Court of Luxembourg (the "Luxembourg Action").

1. The Spain Appeals remain pending.  The parties' final briefs were submitted on August 10, 2023, and oral argument was held on February 28, 2024.  The parties are awaiting the panel's decision.

2. The Luxembourg Action remains stayed pending a final decision in the English Court of Appeal in *Luxembourg S.À.R.L. v. Kingdom of Spain* [2024] EWCA (Civ) 52 ¶ 28, bit.ly/3I6yqMT, which remains set for a hearing that is listed to begin on June 18, 2024.  The duration of the scheduled hearing has been increased from three days to four days.

Dated:  April 10, 2024

Respectfully submitted,

/s/ *Jonathan M. Landy*
Jonathan M. Landy (D.C. Bar No. 467847)
Benjamin W. Graham (D.C. Bar No. 1044724)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC  20024
Tel.:   (202) 434-5000
Fax:    (202) 434-5029
Email: jlandy@wc.com

*Attorneys for Respondent the Kingdom of Spain*

/s/ *Matthew McGill*
Matthew McGill (D.C. Bar No. 481430)
mmcgill@gibsondunn.com
Matthew S. Rozen (D.C. Bar No. 1023209)
mrozen@gibsondunn.com
Ankita Ritwik (D.C. Bar No. 1024801)
aritwik@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Petitioners Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V.*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 10, 2024, I caused the foregoing Joint Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

/s/ *Matthew McGill*
Matthew McGill
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
mmcgill@gibsondunn.com