IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V., <br><br> *Petitioners*, <br><br> v. <br><br> Kingdom of Spain, <br><br> *Respondent*. | Civil Action No. 1:18-cv-01753-LLA |

## Joint Status Report

Pursuant to the Court's September 13, 2023 Minute Order, Petitioners Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V. and Respondent the Kingdom of Spain submit this joint status report regarding: (1) the three related appeals currently pending in the D.C. Circuit (*Nextera Energy Global Holdings BV v. Kingdom of Spain*, No. 23-7031; *9REN Holding SARL v. Kingdom of Spain*, No. 23-7032; and *Blasket Renewable Investments LLC v. Kingdom of Spain*, No. 23-7038) (collectively, the "Spain Appeals"); and (2) the related proceeding in the District Court of Luxembourg (the "Luxembourg Action").

1. The Spain Appeals remain pending. The parties' final briefs were submitted on August 10, 2023, and oral argument was held on February 28, 2024. The parties are awaiting the panel's decision.

2. The Luxembourg Action remains stayed pending a final decision in the English Court of Appeal in *Luxembourg S.À.R.L. v. Kingdom of Spain* [2024] EWCA (Civ) 52, bit.ly/3I6yqMT. The English High Court concluded a hearing on that appeal on June 20, 2024. That court has not yet rendered a decision.

| | |
|---|---|
| Dated:  July 12, 2024 | Respectfully submitted, |

| | |
|---|---|
| /s/ *Jonathan M. Landy* | /s/ *Matthew McGill* |
| Jonathan M. Landy (D.C. Bar No. 467847) | Matthew McGill (D.C. Bar No. 481430) |
| Benjamin W. Graham (D.C. Bar No. 1044724) | mmcgill@gibsondunn.com |
| WILLIAMS & CONNOLLY LLP | Matthew S. Rozen (D.C. Bar No. 1023209) |
| 680 Maine Avenue, S.W. | mrozen@gibsondunn.com |
| Washington, DC  20024 | GIBSON, DUNN & CRUTCHER LLP |
| Tel.:   (202) 434-5000 | 1050 Connecticut Avenue, N.W. |
| Fax:   (202) 434-5029 | Washington, DC  20036 |
| Email: jlandy@wc.com | Telephone:  202.955.8500 |
| | Facsimile:  202.467.0539 |
| *Attorneys for Respondent the Kingdom of Spain* | *Attorneys for Petitioners Infrastructure Services Luxembourg S.A.R.L. and Energia Termosolar B.V.* |

## CERTIFICATE OF SERVICE

I hereby certify that, on July 12, 2024, I caused the foregoing Joint Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

/s/ *Matthew McGill*
Matthew McGill
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
mmcgill@gibsondunn.com